■ ROBERT R. SCHOONOVER, Respondent, v D. DOUGLAS GARDNER, Defendant, and LAURA A. INFANTINO-GARDNER, Appellant. [696 NYS2d 742] —Appeal unanimously dismissed without costs. Memorandum: Because the record does not establish plaintiff's consent, the appeal cannot be perfected on a "statement in lieu of stenographic transcript" (*see,* CPLR 5527;

*City of Rochester Urban Renewal Agency v Rochester Stor. Warehouse*, 142 AD2d 957). Were the appeal properly before us, we would conclude that substantial justice was done in this small claims action (*see, Coppola v Kandey Co.*, 236 AD2d 871). We reject the contention that expert testimony was necessary to sustain plaintiff's claim (*see,* UJCA 1804; Siegel, NY Prac § 582, at 918 [2d ed]). (Appeal from Order of Yates County Court, Falvey, J.—Notice of Claim.) Present—Pine, J. P., Hayes, Wisner, Scudder and Balio, JJ.